Kristin L. Martin (Nevada Bar No. 7807)
Eric B. Myers (Nevada Bar No. 8588)
McCRACKEN, STEMERMAN & HOLSBERRY
1630 Commerce Street, Suite A-1
Las Vegas, Nevada 89102
Tel:   (702) 386-5107
Fax:   (702) 386-9848
Email:  klm@dcbsf.com
        ebm@dcbsf.com

*Attorneys for Defendants*
*Bartenders Union Local 165*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DAVID STECKBECK, STEVEN ALBA, ROBERT BLEDSOE, all individually, <br><br> Plaintiffs, <br><br> vs. <br><br> BARTENDERS UNION LOCAL 165, a Nevada labor entity; DOES 1-10, Inclusive; ROE CORPORATIONS 1-19, inclusive,, <br><br> Defendants. | CASE NO. 2:14-cv-00323-RFB-CWH <br><br> **STIPULATION AND (PROPOSED) ORDER TO CHANGE THE DATE OF THE HEARING ON DEFENDANT'S MOTION TO FOR SUMMARY JUDGMENT FROM JULY 5, 2016 TO AUGUST 4, 2016 AT 10:00 A.M.** <br><br> **(FIRST REQUEST)** |

   Plaintiffs David Steckbeck, Steven Alba, Robert Bledsoe ("Plaintiffs"), by and through their counsel of record, Kirk T. Kennedy, Esq. and Defendant Bartender Union Local 165 ("Defendant"), by and through its counsel of record, McCracken, Stemerman & Holsberry, hereby stipulate to change the date for the hearing on Defendant's Motion for Summary Judgment (Doc. No. 24) which is currently set for July 5, 2016 at 3:30 p.m. to **August 4, 2016 at 10:00 a.m**., ~~or a date thereafter~~.

1

STIPULATION AND [PROPOSED] ORDER          CASE NO. 2:14-cv-00323-RFB-CWH
CHANGING HEARING DATE ON DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT

1  DATED this 28th day of June, 2016.  DATED this 28th day of June, 2016.

2  KIRK T. KENNEDY, ESQ.  MCCRACKEN STEMERMAN
3  &amp; HOLSBERRY

4  */s/ Kirk T. Kennedy*  */s/ Kristin L. Martin*

5  ―――――――――――――――――  ―――――――――――――――――
KIRK T. KENNEDY, ESQ.  KRISTIN L. MARTIN, ESQ., #7807
6  815 S. Casino Center Blvd.  ERIC B. MYERS, ESQ., #8588
Las Vegas, Nevada 89101  1630 S. Commerce Street, Suite A-1
7  *Attorneys for Plaintiffs*  Las Vegas, Nevada 89102
*Attorneys for Defendants*
8

9  *I attest that concurrence in the filing of this document has been given by each of the other signatories indicated by a /s/.*
10

11

12
Dated:  June 29, 2016.  **IT IS SO ORDERED.**
13

14

15  ―――――――――――――――――
16  **RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

2

STIPULATION AND [PROPOSED] ORDER  CASE NO. 2:14-cv-00323-RFB-CWH
CHANGING HEARING DATE ON DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT

*STECKBECK, et al. v. BARTENDERS UNION LOCAL 165, et al.*
                                                            CASE NO. 2:14-cv-00323-RFB-CWH

## PROOF OF SERVICE

The undersigned hereby certifies that on June 28, 2016, the foregoing **STIPULATION AND (PROPOSED) ORDER TO CHANGE THE DATE OF THE HEARING ON DEFENDANT'S MOTION TO FOR SUMMARY JUDGMENT FROM JULY 5, 2016 TO AUGUST 4, 2016 AT 10:00 A.M.** having been filed through the Electronic Court Filing "ECF" system and I am informed that it will be sent electronically to the following registered participants as identified on the Court's Notice of Electronic Filing.  The foregoing will be sent via first class mail to the attorneys of record who are not indicated as participants.

[X]     All parties are registered participants as identified on the Court's Notice of Electronic Filing.

Dated: June 28, 2016                             */s/ Lesley E. Phillips*
                                                                Lesley E. Phillips